MINUTE ENTRY
NORTH, M.J.
APRIL 29, 2019

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMP AUTOMOTIVE, LLC | CIVIL ACTION |
| VERSUS | NUMBER: 17-05667 |
| B F T, LP d/b/a GREAT AMERICAN BUSINESS PRODUCTS | SECTION: "A"(5) |

The settlement conference in the above matter was reconvened on this date before the undersigned Magistrate Judge.

PRESENT: George Recile     Kate Colletta
         Ryan Monsour

Negotiations were successful and resulted in the amicable resolution of the matter.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JAY C. ZAINEY

MJSTAR (01:40)