UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMP AUTOMOTIVE, LLC | CIVIL ACTION |
| VERSUS | NO: 17-5667 |
| BFT, LP d/b/a GREAT AMERICAN BUSINESS PRODUCTS | SECTION: "A"(5) |

## ORDER OF DISMISSAL

The Court having been informed that all of the parties to this action have amicably resolved the matter,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days (60) days, to seek summary judgment enforcing the amicable resolution if it is not consummated by that time. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the agreement entered into by the parties.

COUNSEL ARE REMINDED THAT IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

April 29, 2019

_____
Judge Jay C. Zainey
United States District Court